Robert Milbank, Jr., Trustee
900 Jackson Street, Ste. 560
Dallas, TX 75202
State Bar No. 14036000
214-880-8771

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| STONEBRIDGE ADVISORS, LLC, | * | Bk. No. 13-35119-BJH-7 |
| | * | |
| DEBTOR | * | Chapter 7 |
| | * | |
| | * | NO HEARING REQUESTED: |

## TRUSTEE'S MOTION TO DISBURSE FUNDS

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE JUNE 11, 2018, WHICH IS TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE MOVANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

Robert Milbank, Jr., the Chapter 7 Trustee in this case, files his Motion to Disburse Funds, and respectfully shows the Court as follows:

1. On October 1, 2013, Stonebridge Advisors, LLC, (the "Debtor") filed its voluntary petition for relief under Chapter 7 and Robert Milbank, Jr. (the "Trustee") was appointed the Chapter 7 Trustee and continues to serve in that capacity.

2. The only asset in the Debtor's bankruptcy estate is $262.79, which amount was liquidated from the Debtor's checking account (the "Property").

3. Dallas County has filed a secured claim in this case in the amount of $1,570.42. This is the only remaining secured claim in the case, and the Trustee believes that it has priority over all other claims filed in this case.

4. Given the minimal funds available to be distributed – only $262.79 – the Trustee believes that the funds should be paid to Dallas County in partial satisfaction of its claim.

WHEREFORE, PREMISES CONSIDERED, Robert Milbank, Jr., Trustee, respectfully prays that, for the reasons stated above, the Court to enter an Order allowing all of the Estate funds ($262.79) be distributed to Dallas County, and for such other and further relief to which he may show himself entitled.

Respectfully Submitted,

By /s/ Robert Milbank, Jr.
Robert Milbank, Jr., Trustee
900 Jackson Street, Ste. 560
Dallas, TX 75202
(214) 880-8771
State Bar #14036000
rob@milbanklaw.com

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the Trustee's Motion to Disburse Funds has been sent to the U.S. Trustee, 1100 Commerce, Rm 976, Dallas, TX, 75242 and all parties on the attached Service List, either electronically or by regular mail on this the 16th day of May, 2018.

                                                      /s/ Robert Milbank, Jr.
                                                      Robert Milbank, Jr.

Andrew G. Edson
Strasburger & Price, LLP
901 Main Street, Ste,. 4400
Dallas, TX  75202-3794

Chirarat Weerapan
8814 Bryce Canyon Court
Spring, TX  77379

Feng Zheng
4565 Ruffner Street, Ste. 104
San Diego, CA  92111

Hongyi Li
7138 Pintail Drive
Carlsbad, CA  92011

Jacquelyn and Kurt Schmacher
c/o Andrew G. Edson, Esq.
901 Main Street, Ste. 4400
Dallas, TX  75202

Judy Lung
1880 Lucaya Court
Vista, CA  92081

Kathy Sanders
10335 Napoleon Street
Beaumont, CA  92223

Lynn Thompson
1524 Alexander Court
Brea, CA  92821

Mimi Li
13123 Sienna Court
San Diego, CA  92129

Robert Boatwright
14805 24th Street
Lutz, FL  33549

Jacob W. Stasny
Sumner Schick & Pace, LLP
3811 Turtle Creek Blvd., #600
Dallas, TX  75219

Dan Xu
3146 Occidental Street
San Diego, CA  92122

Gabriele Womack
11903 Crab Apple Court
Cypress, TX  77429

Howe Li
108 Govenor Dr.
Basking Ridge,  NJ  07920

Janet Hartman
80 Pettis Dr.
Warwick RI 02889

Jun Liu
76 Boylston Street #3
Newton, MA  20467

Ken Huang
10870 Sunny Meadow, Street
San Diego, CA  92126

Maria Lea Wheeler IRA
1560 January
Ponder, TX  76259

Montgomery Coscia Greilich, LLP
2500 Dallas Pkwy., Ste. 300
Plano, TX  75093

Robert Joseph Dillion Roth, IRA
Sally Ann Dillion, IRA
15106 Blackburn Cove St.
Cypress, TX  77426

Dallas County
c/o Linebarger Goggan
Ms. Elizabeth Weller
2777 N. Stemmons Frwy/. Ste. 1000
Dallas, TX  75207

Debring Zeng
246 Hyslip Ave.
Westfield, NJ  07090

Hind T. Hatoum
Declaration of Trust dtd 9/29/03
155 N. Harbor Drive, #1912
Chicago, IL 60601

Jane Marie Langham
11707 Fallbrook Dr., #4106
Houston, TX 77065

Jaxie R. Terry
15314 Swan Creek Drive
Houston, TX   77095

Karen Lui
9873 Deer Trail Dr.
San Diego, CA  92127

Lea Ann Yancy IRA
6204 Yolanda Drive
Fort Worth, TX   76112

Melba T. Buado
Romito F. Buado
15734 Ridge Park Drive
Houston, TX   77095

Prellie D. Tillery RLT-TTEE
607 West Nash
Grapevine, TX   76051

Scott Havenor
664 Coronado Hill Drive
San Marcos, CA   92078

Sean Zhao
1651 Nutcracker Court
Newbury Park, CA   91320

Shamin Summer
504 El Azul Circle
Oak Park, CA   91377

Shiping Li
3894 Ruette San Raphael
San Diego, CA   92130

Yinong Shi
316 Averuda De Los Claveles
Encinitas, CA   92024

Zhong-Ying Liu
2235 McCharles Dr.
Tustin, CA   92782